UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANNA BALOGH, | ) |
| Plaintiff, | ) |
| v. | ) C.A. NO. 07-11086-RBC |
| HILLARY CLINTON, in her official capacity as Secretary of State for the United States of America, | ) |
| Defendant. | ) |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Hillary Clinton, in her official capacity as Secretary of State for the United States of America (the "defendant"), by and through her attorney, Michael K. Loucks, Acting United States Attorney for the District of Massachusetts, herein moves this Court to grant her Motion for Summary Judgment pursuant to Fed. R. Civ. P. 56(b) and (c). For the reasons set forth in the defendant's attached Memorandum of Law with supporting exhibits and Local Rule 56.1 Statement of Facts, the undisputed material facts show that the defendant is entitled to judgment in her favor.

WHEREFORE, based on the arguments and authorities stated in this Motion and attached Memorandum of Law with Supporting Exhibits and Local Rule 56.1 Statement of Facts, the defendant moves this Court to grant her Motion for Summary Judgment.

Respectfully, submitted,

HILLARY RODHAM CLINTON,
In her capacity as Secretary of State
of the United States of America

Respectfully submitted,

MICHAEL K. LOUCKS
ACTING UNITED STATES ATTORNEY

By:   /s/ Rayford Farquhar
Rayford Farquhar
Assistant US Attorney
U.S. Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02110
617-748-3284

CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on October 28, 2009.

/s/ Rayford Farquhar
Rayford Farquhar
Assistant US Attorney